AUSA: Rajesh Prasad  Telephone: (313) 226-0821
Special Agent: ☑ Daniel P. Ziehmer  Telephone: (313) 226-2466

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
v.
Jaskarn Singh Sran
Swarn Singh

Case No.   Case: 2:24-mj-30007
Assigned To : Unassigned
Assign. Date : 1/8/2024
Description: COMP USA V. SRAN, ET. AL (KB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2024_____ in the county of _____St. Clair_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 846 | Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature
Special Agent Daniel P. Ziehmer
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____January 8, 2024_____

_____
Judge's signature
Kimberly G. Altman, U.S. Magistrate Judge
Printed name and title

City and state: Detroit, MI

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel P. Ziehmer, being duly sworn, hereby states:

1. I am a Special Agent (SA) of the United States Department of Homeland Security, Homeland Security Investigations (HSI). I have served in HSI since November 2022. I am currently assigned to the HSI Office of the Special Agent in Charge, Detroit, Michigan, and work in the Border Enforcement Security Task Force (BEST) group in Port Huron, Michigan. Prior to my employment with HSI, I worked as a United State Probation Officer for the United States Courts from 2014 to 2022. I am a graduate of the Criminal Investigator Training Program and the Homeland Security Investigations Special Agent Training Program at the Federal Law Enforcement Training Center.

2. The following information is based upon my own knowledge and previous experiences as well as the knowledge of fellow law enforcement officers. The following affidavit contains only those facts I believe necessary to establish probable cause and does not necessarily contain all facts known at this time.

3. On January 6, 2023, at approximately 9:00 am, I observed a Waste Management Tractor Trailer (Ontario License Plate) subsequently identified as "Truck 1" enter the Mobil Gas station at 10253 Division Rd., Casco, Michigan 48064 and park in the southeast corner of the lot. Several minutes later, another tractor trailer (Maine plate 520 4744), subsequently identified as "Truck 2", entered the gas station parking lot and pulled directly behind Truck 1.

4. The operator and sole occupant of Truck 1, later identified at Jaskarn Singh SRAN met with the operator and sole occupant of Truck 2, later identified as Swaran SINGH outside of the vehicle. I observed both SRAN and SINGH moving cardboard boxes from the passenger side of the cab of Truck 2 to the trailer of Truck 1.

5. Based on my training and experience, this loading activity is consistent with transnational narcotics smuggling.

6. I observed Truck 1 depart the Mobil Gas Station and exit to eastbound Fred Moore Highway. I maintained surveillance of Truck 1 until it passed the last United States exit, making entry onto Blue Water Bridge, Port Huron, Michigan Port of Entry (POE) attempting to depart the United States.

7. I notified the Customs and Border Protection (CBP) officer in charge at the Blue Water bridge of my concern. Truck 1 was stopped by CBP officers after passing through the outbound tolls. During an inspection of the trailer of truck 1, CBP officers observed six cardboard boxes in an otherwise empty trailer. The investigating CBP officer opened one box and observed it was packed with numerous bricks of a compressed substance. One brick was tested on a Gemini GM2945 field test kit which resulted in a positive test for Cocaine Hydrochloride.

8. SRAN was taken into custody by CBP officers and secured in an interview room at the Blue Water Bridge. He was ultimately transported to the St. Clair County Jail by officers with the Port Huron Police Department and lodged.

9. The remaining bricks were removed from the truck and weighed. The total amount found in Truck 1 was 125 bricks of a white powdery substance (weighing 144 kilograms) of suspected cocaine.

10. HSI alerted other law enforcement agencies to locate Truck 2. Agents with the United States Border Patrol located Truck 2 on southbound I-75 in Wayne County and initiated a traffic stop. SINGH was found to be the operator. He was detained and HSI agents determined he was wearing the same clothing as the individual observed earlier in the day.

11. Border Patrol agents transported SINGH to St. Clair County where he was turned over to deputies with St. Clair County Sheriffs. He was then transported to the St. Clair County Jail where he was lodged.

12. Based upon the aforementioned facts, I believe that there is probable cause to believe that Jaskarn Singh SRAN and Swaran SINGH did: 1) conspire to distribute 5 kilograms of a mixture or substance containing a detectable amount of Cocaine, a schedule II controlled substance, in violation of Title 21 USC §§ 846, 841 (a)(1) and 841(b)(1)(A)(vii); and 2) knowingly and unlawfully possess with the intent to distribute more than 5 kilograms of a mixture or substance containing a detectable amount of Cocaine, a schedule II controlled substance, all in violation of Title 21 USC §§ 841 (a)(1) and 841(b)(1)(A)(vii).

Daniel.P Ziehmer, Special Agent
Immigration & Customs Enforcement
Homeland Security Investigations

Subscribed and sworn to before me
in person or by other reliable means
this ___ day of January 2024.

_____

Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: January 8, 2024